UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/04
```

------------------------------------------------------------ x

CAPITOL RECORDS, INC., a Delaware
corporation, et al.,

                    Plaintiffs,

      -against-

DOES 1-250,

                  Defendants.

Civil Action No. 04 CV 472
(LAK)

ORDER

**Filed Electronically**

------------------------------------------------------------ x

Upon the plaintiffs' motion to revise the Court's order dated January 27, 2004 authorizing plaintiffs to conduct immediate discovery and upon all prior pleadings and proceedings herein, it is hereby:

ORDERED that plaintiffs' motion for is granted and that plaintiffs may serve immediate discovery on Time Warner Cable, Inc. to obtain the identity of each Doe Defendant by requesting the name, address, telephone number, e-mail address, and Media Access Control address for each Defendant. The disclosure of this information is ordered pursuant to the Cable Communications Policy Act, 47 U.S.C. § 551(c)(2)(B);

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the discovery requests may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated: 10/15/04

United States District Judge